E-FILED
Wednesday, 18 November, 2026 04:24:08 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

Moriah Janeen Maclin
*Plaintiff*
v.
Hyundai Capital America, Opensky Capital Bank NA, Capital One NA, TransUnion LLC, Experian Information Solutions Inc, Equifax Information Services LLC
*Defendant*

) Civil Action No. 26-cv-1452

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☒ other: It is ordered and adjudged that Plaintiff Moriah Janeen Maclin's action against Defendants Hyundai Capital America, Opensky Capital Bank NA, Capital One NA, TransUnion LLC, Experian Information Solutions Inc, and Equifax Information Services LLC is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

☐ tried by Judge ______ without a jury and the above decision was reached.

☐ decided by Judge ______ on a motion for ______ .

Date: 11/18/2026

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*